UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

FILED
SEP 30 2010
CLERK

| | | |
|---|---|---|
| KAY L. ROGERSON, | ) | CIV. 92-5038-RHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| UNITED STATES AIR FORCE, | ) | |
| | ) | |
| Defendant. | ) | |

Currently pending before the Court is plaintiff's motion to transfer this matter to the United States Court of Federal Claims or the United States Court of Appeals for the Federal Circuit. The Court granted a judgment of dismissal in this action on February 6, 1996, which terminated this action. Docket #151. The Court also denied plaintiff's motion to reopen this matter on July 9, 2010. The case, therefore, is concluded and any pending motions are moot. Accordingly, it is hereby

ORDERED that plaintiff's motion to transfer (Docket #174) is dismissed as moot.

IT IS FURTHER ORDERED that the Clerk of Court for the United States District Court for the District of South Dakota, Western Division, shall refuse to file any further pleadings from plaintiff in this action without the approval of the Court.

Dated this 30th day of September, 2010.

BY THE COURT:

RICHARD H. BATTEY
UNITED STATES DISTRICT JUDGE